**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-1184

———————

WILFREDO GONZALEZ LORA,

Plaintiff - Appellant,

versus

THOMAS M. HOLLENHORST, Assistant United States
Attorney, personal and official capacity;
WILLIAM FITZPATRICK, Special Assistant United
States Attorney, official and personal
capacity; EUGENE ROSSI, Special Assistant
United States Attorney; TIMOTHY MCGRATH,
Special Agent for the Drug Enforcement
Administration, official and personal
capacity,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-03-449-AM)

———————

Submitted: August 26, 2004          Decided: September 1, 2004

———————

Before WIDENER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Wilfredo Gonzalez Lora, Appellant Pro Se.  Leslie Bonner McClendon, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wilfredo Gonzalez Lora appeals the district court's orders dismissing his breach of contract action pursuant to Fed. R. Civ. P. 12(b)(1), and denying his motion filed under Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Lora v. Hollenhorst, No. CA-03-449-AM (E.D. Va. filed Oct. 28, 2003 & entered Oct. 29, 2003; filed Nov. 17, 2003 & entered Nov. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED